UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN AGUILAR-LOPEZ | No. 2:25-cr-0058-LEW |

## MOTION FOR DOWNWARD DEPARTURE

The United States moves, pursuant to the United States Sentencing Guidelines § 5K3.1, that the Court grant a downward departure of two (2) levels from the otherwise applicable offense level. The United States makes this request in recognition of the defendant's satisfaction of the eligibility requirements of the United States Attorney's Office for the District of Maine's authorized early disposition program for certain defendants charged with violating 8 U.S.C. § 1326.

Dated: July 25, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

By:   /s/ Peter I. Brostowin
Peter I. Brostowin
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3252
Peter.Brostowin@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2025, I electronically filed the foregoing Motion for Downward Departure with the Clerk of Court using the Court's CM/ECF system, which will cause notification of such filing(s) to be sent to the following:

Chris Nielsen, Esq.
Counsel for Defendant

                                  CRAIG M. WOLFF
                                  Acting United States Attorney

By:    */s/ Peter I. Brostowin*
          Peter I. Brostowin
          Assistant United States Attorney
          United States Attorney's Office
          100 Middle Street
          East Tower, 6th Floor
          Portland, ME 04101
          (207) 780-3252
          Peter.Brostowin@usdoj.gov